CASE NO. CR1400939

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT BEGINNING: 17 |
| | § | 6th COURT OF APPEALS |
| VS | § | COUNTY COURT AT LAW ONE, TEXAS |
| | § | TEXARKANA, TEXAS |
| | § | 2/25/2015 4:16:40 PM |
| | § | DEBBIE AUTREY |
| SHANNA DELAINE GLUCK | § | HUNT COUNTY, TEXAS Clerk |

## NOTICE OF APPEAL

## TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, SHANNA DELAINE GLUCK Defendant in the above styled and numbered causes, and gives this written notice of appeal to the Texarkana Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against SHANNA DELAINE GLUCK.

Respectfully submitted,

Law Office of Jason A. Duff
2615 Lee St
P.O. Box 11
Greenville, TX 75403
Tel: (903) 455-1991
Fax: (903) 455-1417

By:_____
Jason A. Duff
State Bar No. 24059696
Attorney for SHANNA DELAINE GLUCK

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on February ___13___, 2015.

Jason A. Duff
Attorney for Respondent

1

NOTICE OF APPEAL-CRIMINAL FORM

NO. CR1400939

| | |
|---|---|
| THE STATE OF TEXAS | IN THE HUNT COUNTY |
| VS. | COURT OF LAW #1 |
| SHANNA GLUCK | HUNT COUNTY, TEXAS |

----------------------------------------------------------------------------------------------------

DATE NOTICE OF APPEAL FILED: FEBRUARY 13, 2015

OFFENSE: THEFT OF PROPERTY >=$500<$1,500

GUILTY OR NOLO PLEA: NO          PLEA BARGAIN: NO

DATE OF SENTENCE (OR APPEALABLE ORDER): FEBRUARY 13, 2015

SENTENCE IMPOSED: FEBRUARY 13, 2015

DATE OF MOTION FOR NEW TRIAL, IF FILED:

NAME OF TRIAL COURT JUDGE: TIMOTHY S. LINDEN

NAME OF COURT REPORTER: CHER PERRY

NAME OF DEFENSE ATTORNEY ON APPEAL: JASON DUFF

ADDRESS: P.O. BOX 11 CITY, STATE, ZIP: GREENVILLE, TX. 75403

DEFENSE ATTORNEY ON APPEAL: X APPOINTED __ RETAINED __ PRO SE

STATE ATTORNEY ON APPEAL: JEFF KOVACH

CUSTODY STATUS: IN CUSTODY

APPEAL BOND SET AT: $7,500.00